PD-0294&0295-15

# IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

OBED JOSEPH RODRIGUEZ     §     APPEAL'S NO'S <u>01-15-00021-CR</u>

V.     §     <u>01-15-00022-CR</u>

THE STATE OF TEXAS     §     CAUSE NO'S <u>1399946</u>

    §     <u>1407828</u>

## APPELLANT'S FIRST MOTION REQUESTING AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, APPELLANT, OBED JOSEPH RODRIGUEZ JDCJT# 1948981, CONFINED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE-INSTITUTIONAL DIVISION, PROCEEDING PRO-SE IN, THE ABOVE APPEAL NUMBERS FILES THIS HIS FIRST MOTION-FOR-EXTENSION OF TIME ACCORDING TO T.R.A.P 68.

APPELLANT BY THE OPERATION OF LAW, IS TO FILE HIS PETITION FOR DISCRETIONARY REVIEW TO THIS HONORABLE COURT WITHIN 30-DAYS FROM THE FINAL DECISION RENDERED BY THE COURT OF ADDEALS. THE FIRST COURT OF APPEALS AFFIRMED APPELLANTS CONVICTION ON <u>FEBRUARY 19, 2015</u>. APPELLANT IS MANDATED TO FILE HIS PETITION-FOR-DISCRETIONARY REVIEW NO LATER THAN MARCH 21, 2015 A SATURDAY.

THE FOLLOWING CIRCUMSTANCES JUSTIFY THIS REQUEST FOR EXTENSION:

1) APPELLANT HAS LIMITED ACCESS TO LEGAL MATERIALS PROVIDED THROUGH THE PRISON UNIT LAW LIBRARY FOR RESEARCH AND APPELLANT NEED'S AN EXTENSION IN ORDER TO BE ABLE TO PROPERLY PREPARE AND CORRECTLY FILE HIS PETITION IN A TIMELY MANNER.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk

THIS REQUEST FOR EXTENSION IS BY NO MEANS INTENDED TO IMPROPERLY DELAY THE MATTER AT HAND. APPELLANT RESPECTFULLY REQUESTS AN EXTENSION OF (30) DAYS UP TO ON OR ABOUT; APRIL 20, 2015.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, APPELLANT RESPECTFULLY PRAYS THAT THIS MOTION FOR AN EXTENSION OF TIME BE GRANTED.

RESPECTFULLY SUBMITTED,

/s/ _____

OBED J. RODRIGUEZ
T.D.C.J # 1948981
2101 FM 369 N.
IOWA PARK, TX. 76367

CC / FILE OJR

## CERTIFICATE OF SERVICE

I OBED J. RODRIGUEZ #1948981 (APPELLANT) DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION-FOR-AN EXTENSION OF TIME HAS BEEN FORWARDED TO THE ADDRESS BELOW VIA U.S. MAIL, POSTAGE PRE-PAID ON THIS 11 DAY OF MARCH, 2015.

ABEL ACOSTA
CLERK OF THE COURT
OF CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN, TX. 78711

/S/ _____
OBED J. RODRIGUEZ
T.D.C.J # 1948981 4T-4B
All RED UNIT
2101 FM 369 N.
IOWA PARK, TX. 76367

CC: FILE /OJR